FILED

2006 AUG -4 P 12: 01

RICH... ...NG
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE GRAND JURY SUBPOENA Dated July 19, 2006, Greg Anderson,

    Subpoenaed Party.

No. CR 06-90292 MISC WHA

**ORDER RE FILING UNDER SEAL**

_____/

    Hearings held and papers filed in the above-captioned matter are presumptively public. There is a high level of public interest in this matter. The public will not be excluded from the business of the court unless sealing the particular document or hearing is warranted. It is highly likely, however, that the grand-jury secrecy provisions of Federal Rule of Criminal Procedure 6(e) will require some documents to be filed under seal. If anyone wants to file a document or portions of a document under seal, he or she must comply fully with Civil Local Rule 79-5. If anyone expects to participate in a hearing that he or she believes should be closed to the public, they must notify the Court immediately.

**IT IS SO ORDERED.**

Dated: August 1, 2006

*/s/*
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE GRAND JURY SUBPOENA Dated July 19, 2006, Greg Anderson,

Subpoenaed Party.

_____/

Case Number: CR 06-090292 MISC WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 4, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Matt Parrella
Jeff Nedrow
Jeff Finigan
US Attorney's Office

Mark J. Geragos
Geragos & Geragos Lawyers
39th Floor
350 S. Grand Avenue
Los Angeles, CA 90071-3480

Dated: August 4, 2006

Richard W. Wieking, Clerk

By: Dawn Toland, Deputy Clerk