IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE GRAND JURY SUBPOENA Dated July 19, 2006, Greg Anderson,

Subpoenaed Party.

_____/

No. CR 06-90292 MISC WHA

**ORDER (1) DESIGNATING CASE FOR ELECTRONIC CASE FILING AND (2) UNSEALING CASE**

The above-captioned case is hereby unsealed. All documents and transcripts of hearings held before Judge Jeffrey S. White that are under seal, however, must remain under seal. The docket must be made publicly available. Nothing in this order should be construed to supercede or modify anything in the Order Re Filing Under Seal issued by the Court on August 1, 2006.

This case also is hereby **DESIGNATED FOR INCLUSION IN THE ELECTRONIC CASE FILING PROGRAM** pursuant to General Order No. 45 of the U.S. District Court for the Northern District of California.

Electronic case filing (ECF), also called e-filing, provides quicker communication of time-sensitive documents among parties, the Court and the Clerk. It also provides wider and easier access to important public documents.

The Court requires parties designated for inclusion in the e-filing system to abide by Federal Rule of Civil Procedure 5(e), Order No. 45 and Civil Local Rules 5-4 and 5-5(b). The General Orders, Local Rules and comprehensive information about the e-filing system are at ecf.cand.uscourts.gov. Requests for a printed copy of Order No. 45 should be addressed to: Guidelines for Electronic Case Filing, Clerk, U.S. District Court, 450 Golden Gate Ave., San

1  Francisco, CA 94102. Please enclose a stamped, self-addressed envelope bearing first-class
2  postage.
3      Among the important provisions of these rules is that "[e]ach attorney of record is
4  obligated to become an ECF User and be assigned a user ID and password for access to the
5  system upon notification that the action is subject to ECF," Gen. Order No. 45, § IV.A., and that
6  "parties are required to lodge for chambers no later than noon on the business day following
7  the day that the papers are filed electronically, one paper copy of each document that is filed
8  electronically," *id.* § VI.G. Chambers copies must be delivered to the Clerk's Office. *Ibid.*
9  Please review the rules and Order No. 45 in their entirety. Your full compliance is required and
10 expected.
11     If you believe that you should be exempted from e-filing, please make an administrative
12 motion to be excluded. *See* Civil L.R. 7-11.

14 **IT IS SO ORDERED.**

16 Dated: August 4, 2006

   WILLIAM ALSUP
   UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE GRAND JURY SUBPOENA Dated
July 19, 2006, Greg Anderson,

Case Number: CR 06-90292 MISC WHA

**CERTIFICATE OF SERVICE**

Subpoenaed Party.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 14, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Matt Parrella
Jeff Nedrow
Jeff Finigan
US Attorney's Office
450 Golden Gate Ave
San Francisco, CA 94102

Mark J. Geragos
Geragos & Geragos Lawyers
39th Floor
350 S. Grand Avenue
Los Angeles, CA 90071-3480


Dated: August 14, 2006

Richard W. Wieking, Clerk
By: D. Toland, Deputy Clerk