```
1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  MATTHEW A. PARRELLA (NYSBN 2040855)
   JEFFREY D. NEDROW (CSBN 161299)
5  JEFFREY R. FINIGAN (CSBN 168285)
   Assistant United States Attorneys
6
       150 Almaden Blvd., Suite 900
7      San Jose, CA 95113
       Telephone: (408) 535-5061
8      FAX: (408) 535-5066
       matthew.parrella@usdoj.gov
9      jeff.nedrow@usdoj.gov
       jeffrey.finigan@usdoj.gov
10
```

RECEIVED
AUG - 2 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA DATED JULY 19, 2006 | No. CR 06-90292 WHA (MISC)<br><br>UNITED STATES' REQUEST AND [~~PROPOSED~~] ORDER TO FILE DOCUMENTS UNDER SEAL<br><br>Date: August 17, 2006<br>Time: 1:00 p.m.<br>Judge: Hon. William H. Alsup<br><br>~~UNDER SEAL~~ |

Pursuant to Local Civil Rules 7-11 and 79-5(a), the United States hereby requests that the Court issue an order that the following documents may be filed under seal: (1) United States' *Prima Facie* Showing of Contempt in Support of Court's Order to Show Cause Why Greg Anderson Should not be Held in Civil Contempt; (2) the Jeffrey Nedrow Declaration in support of same; and (3) this Request and Proposed Order.

There are two reasons for making this request. First and foremost, the Honorable Jeffrey

U.S. REQUEST TO FILE UNDER SEAL
Case No. CR 06-90292 WHA (MISC)                    1

1  S. White, United States District Court Judge, ordered that these filings are to be under seal. *See*
2  Exhibit H to Nedrow Declaration at 7:14-15. Second, the filings contain material, i.e. transcripts
3  of proceedings before the grand jury and of sealed hearings before Judge White, required to be
4  kept secret pursuant to Rule 6(e).

5      The United States is mindful that this proposal includes keeping non-grand jury matter
6  sealed. Nevertheless, the information is sufficiently commingled in the documents that redacting
7  versions would be inefficient. As a practical matter, having just received notice of this Court's
8  ruling on the Notice of Related Cases and facing a 4:00 p.m. filing deadline, such redactions are
9  also simply not possible at this point in time. If the Court should decide that a more narrow
10 tailoring is required, the United States will redact any designated material as ordered by the
11 Court and file redacted copies.

13 DATED: August 2, 2006     KEVIN V. RYAN
                                  United States Attorney

16     MATTHEW A. PARRELLA
17     JEFFREY D. NEDROW
       JEFFREY R. FINIGAN
       Assistant United States Attorneys

19 ### ORDER

20     Based upon the motion of the government and for good cause shown, IT IS HEREBY
21 ORDERED that (1) United States' *Prima Facie* Showing of Contempt in Support of Court's
22 Order to Show Cause Why Greg Anderson Should not be Held in Civil Contempt, and (2) the Jeffrey
23 Nedrow Declaration in support of same ~~and (3) this Request and Proposed Order~~ shall be sealed
24 until further order of the Court. This order is made on condition that the government submit for public filing, redacted copies of these documents with only grand jury matters excised by Noon, August 11, 2006. *

27 DATED: 8-4-06

   WILLIAM H. ALSUP
   United States District Court Judge

   In the future, redacted documents must be submitted with the sealed documents.

* If the government ~~discloses~~ redacts more than necessary, it will be required to submit another, less draconian version. This order is a public document.

U.S. REQUEST TO FILE UNDER SEAL
Case No. CR 06-90292 WHA (MISC)     2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA Dated July 19, 2006, Greg Anderson,<br><br>　　　　　Subpoenaed Party. | Case Number: CR 06-90292 MISC WHA<br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 14, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Matt Parrella
Jeff Nedrow
Jeff Finigan
US Attorney's Office
450 Golden Gate Ave
San Francisco, CA 94102

Mark J. Geragos
Geragos & Geragos Lawyers
39th Floor
350 S. Grand Avenue
Los Angeles, CA 90071-3480

Dated: August 14, 2006

　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　By: D. Toland, Deputy Clerk