IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA Dated July 19, 2006, Greg Anderson,<br><br>　　　　Subpoenaed Party.<br>_____/ | No. CR 06-90292 MISC WHA<br><br>**ORDER RE FILING OF DOCUMENTS** |

　　　The government's deadline to submit the redacted documents required by the August 4 order is **EXTENDED TO 9 A.M., THURSDAY, AUGUST 17**. The government's motion to file its reply brief under seal is **GRANTED** on the condition that the government file a narrowly redacted version that omits only secret grand-jury information by **9 A.M., THURSDAY, AUGUST 17, 2006**. By that same hour, witness Greg **ANDERSON MUST FILE, IN THE PUBLIC RECORD, SIMILARLY REDACTED VERSIONS** of his opposition papers. Any future redacted documents must be filed concurrently with the documents for which sealing is requested. If either side redacts more than is required, it will be required to submit another, less draconian version.

　　　**IT IS SO ORDERED.**

Dated: August 15, 2006

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE