KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
JEFFREY D. NEDROW (CSBN 161299)
JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorneys

   150 Almaden Blvd., Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   matthew.parrella@usdoj.gov
   jeff.nedrow@usdoj.gov
   jeffrey.finigan@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA DATED JULY 19, 2006 | No. CR 06-90292 WHA (MISC) <br><br> UNITED STATES' REQUEST AND [PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL <br><br> Date: August 28, 2006 <br> Time: 1:00 p.m. <br> Judge: Hon. William H. Alsup |

      Pursuant to Local Civil Rules 7-11 and 79-5(a), the United States hereby requests that the Court issue an order that the following documents may be filed under seal: (1) United States' *Prima Facie* Showing of Contempt in Support of Court's Order to Show Cause Why Greg Anderson Should not be Held in Civil Contempt (Sealed Version); and (2) the Jeffrey Nedrow Declaration in support thereof (Sealed Version).

      There are two reasons for making this request. First, the filings contain material, i.e.

transcripts of proceedings before the grand jury and of sealed hearings before Judge White, required to be kept secret pursuant to Rule 6(e). Second, the United States will file publicly-available redacted versions of these documents concurrently with the sealed versions, pursuant to this Court's previous orders related to filing documents under seal.

DATED: August 21, 2006

KEVIN V. RYAN
United States Attorney

MATTHEW A. PARRELLA
JEFFREY D. NEDROW
JEFFREY R. FINIGAN
Assistant United States Attorneys

**ORDER**

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that (1) United States' *Prima Facie* Showing of Contempt in Support of Court's Order to Show Cause Why Greg Anderson Should not be Held in Civil Contempt (Sealed Version), and (2) the Jeffrey Nedrow Declaration in support thereof (Sealed Version), shall be sealed until further order of the Court.

DATED: 8/22/06

*[Signature]*
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA