KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
JEFFREY D. NEDROW (CSBN 161299)
JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorneys

   150 Almaden Blvd., Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   matthew.parrella@usdoj.gov
   jeff.nedrow@usdoj.gov
   jeffrey.finigan@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA DATED JULY 19, 2006 | No. CR 06-90292 WHA (MISC) <br><br> UNITED STATES' REQUEST AND [PROPOSED] ORDER TO FILE DOCUMENT UNDER SEAL <br><br> Date: August 28, 2006 <br> Time: 1:00 p.m. <br> Judge: Hon. William H. Alsup |

      Pursuant to Local Civil Rules 7-11 and 79-5(a), the United States hereby requests that the Court issue an order that the following document may be filed under seal: United States' Reply to Opposition to Government's Prima Facie Showing of Contempt (Sealed Version).

      There are two reasons for making this request.  First, the filing contain material, *i.e.,* direct quotes from transcripts of proceedings before the grand jury, which are required to be kept secret pursuant to Rule 6(e).  Second, the United States will file a publicly-available redacted

version of the document concurrently with the sealed version, pursuant to this Court's previous orders related to filing documents under seal.

DATED: August 25, 2006          KEVIN V. RYAN
                                United States Attorney

                                         /s/
                                MATTHEW A. PARRELLA
                                JEFFREY D. NEDROW
                                JEFFREY R. FINIGAN
                                Assistant United States Attorneys

## ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the United States' Reply to Opposition to Government's Prima Facie Showing of Contempt (Sealed Version) shall be sealed until further order of the Court.

DATED:  8/28/06
                                WILLIAM H. ALSUP
                                United States District Court Judge

U.S. REQUEST TO FILE UNDER SEAL
Case No. CR 06-90292 WHA (MISC)          2