IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA Dated July 6, 2006, Greg Anderson,<br><br>    Subpoenaed Party.<br>_____ / | No. CR 06-90292 MISC WHA<br><br>**ORDER RE FILING UNDER SEAL** |

    The opposition papers filed by subpoenaed party Greg Anderson in response to the government's most recent motion to hold him in civil contempt **SHALL BE FILED UNDER SEAL**.

**IT IS SO ORDERED.**

Dated: August 28, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE