IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA Dated July 6, 2006, Greg Anderson,<br><br>Subpoenaed Party.<br>_____/ | No. CR 06-90292 MISC WHA<br><br>**ORDER RE NINTH CIRCUIT REMAND** |

In light of the short time frame in the remand order, the government must make the showing required by the remand order by **MONDAY, OCTOBER 2 AT 2:00 P.M.** The filing shall be served on counsel for Mr. Anderson unless and only to the extent that the government justifies an *ex parte* and *in camera* submission. At all events, the government shall serve on counsel for Mr. Anderson a sanitized version of the materials submitted so that counsel for Mr. Anderson can respond. If the government chooses to argue that the questions to Mr. Anderson before the grand jury were not tainted by the Paragraph 8 material, the government must explain the alternative sources of information used to frame the questions. This must be done question by question. Please do so in a sworn declaration explaining all sources for framing the question. The government must also supply the Court with a transcript of the Paragraph 8 material.

**United States District Court**
For the Northern District of California

1   Any response by counsel for Mr. Anderson shall be due at **9:00 A.M. ON TUESDAY,**
2   **OCTOBER 3**. The hearing on the matter shall be at **11:00 A.M. ON TUESDAY, OCTOBER 3**.
3   Please do not ask for any extensions. The Wednesday calendar is already impossible.

5   **IT IS SO ORDERED.**

7   Dated: September 29, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2