KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
JEFFREY D. NEDROW (CSBN 161299)
JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorneys

   150 Almaden Blvd., Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   matthew.parrella@usdoj.gov
   jeff.nedrow@usdoj.gov
   jeffrey.finigan@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA DATED JULY 19, 2006 | No. CR 06-90292 WHA (MISC) <br><br> UNITED STATES' REQUEST AND [PROPOSED] ORDER TO FILE DOCUMENT UNDER SEAL <br><br> Date: October 3, 2006 <br> Time: 11:00 a.m. <br> Judge: Hon. William H. Alsup |

     Pursuant to Local Civil Rules 7-11 and 79-5(a), the United States hereby requests that the Court issue an order that the following document may be filed under seal: Declaration of Matthew A. Parrella in Response to Order Re Ninth Circuit Remand.

     There are several reasons for making this request. First, the filing contains material, *i.e.,* summarized information from transcripts of proceedings before the grand jury related to numerous witnesses, which is required to be kept secret pursuant to Rule 6(e). Second, the filing

U.S. REQUEST TO FILE UNDER SEAL
Case No. CR 06-90292 WHA (MISC)        1

1 contains material obtained through grand jury subpoena, which is required to be kept secret

2 pursuant to Rule 6(e). Third, the declaration sets forth the government's bases for questioning a

3 witness before the grand jury and many of the materials Greg Anderson will be questioned about

4 before the grand jury. Thus, the materials directly relate to proceedings that have occurred and

5 will occur before the grand jury.

7 DATED: October 2, 2006         KEVIN V. RYAN
                                                                    United States Attorney

10                          _____/s/_____
                         MATTHEW A. PARRELLA
                         JEFFREY D. NEDROW
11                          JEFFREY R. FINIGAN
                         Assistant United States Attorneys

### ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the Declaration of Matthew A. Parrella in Response to Order Re Ninth Circuit Remand shall be sealed until further order of the Court.

DATED: October 2, 2006



_____
WILLIAM ALSUP
United States District Judge

U.S. REQUEST TO FILE UNDER SEAL
Case No. CR 06-90292 WHA (MISC)     2

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | The undersigned hereby certifies that she is an employee of the office of the United States |
| 3 | Attorney, Northern District of California and is a person of such age and discretion to be |
| 4 | competent to serve papers. The undersigned certifies that she caused copies of |
| 5 | **UNITED STATES' REQUEST AND [PROPOSED] ORDER TO FILE DOCUMENT UNDER SEAL** |
| 6 | |
| 7 | **DECLARATION OF MATTHEW A. PARRELLA IN RESPONSE TO DISTRICT COURT ORDER RE NINTH CIRCUIT REMAND <u>UNDER SEAL</u>** |
| 8 | **IN RE: GRAND JURY SUBPOENA DATED JULY 19, 2006, CR 06-90292 MISC WHA** to |
| 9 | be served on the parties in this action, by placing a true copy thereof in a sealed envelope, |
| 10 | addressed as follows which is the last known address: |

**GERAGOS & GERAGOS
MARK J. GERAGOS
A Professional Corporation Lawyers
350 S. Grand Avenue, 39th Floor
Los Angeles, CA 90071-3480
Tel: 213-625-3900
Fax: 213-625-1600**

\_\_\_\_ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

_X_ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

\_\_\_\_ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

\_\_\_\_ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 2, 2006

/s/
RAWATY YIM
United States Attorney's Office

U.S. REQUEST TO FILE UNDER SEAL
Case No. CR 06-90292 WHA (MISC)          3