**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA Dated July 6, 2006, Greg Anderson,<br><br>     Subpoenaed Party.<br>_____/ | No. CR 06-90292 MISC WHA<br><br>**NOTICE RE HEARING ON RELEASE** |

    With respect to the order dated October 4, 2006, by the Court of Appeals pertaining to a release of Mr. Anderson, a hearing shall be held at **9:00 A.M. ON OCTOBER 5, 2006**, in Courtroom No. 9 at 450 Golden Gate Avenue, San Francisco, California.

    **IT IS SO ORDERED.**

Dated:  October 4, 2006.

                                       WILLIAM ALSUP
                                       UNITED STATES DISTRICT JUDGE