KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
JEFFREY D. NEDROW (CSBN 161299)
JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorneys

   150 Almaden Blvd., Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   matthew.parrella@usdoj.gov
   jeff.nedrow@usdoj.gov
   jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: GRAND JURY PROCEEDINGS<br><br>GRAND JURY # 04-1 SF<br><br>INVESTIGATION 2004R00608 | CR No.: 06-90292 MISC WHA<br><br>UNITED STATES' MOTION FOR LEAVE TO: (1) SUPPLEMENT RECORD RE NINTH CIRCUIT REMAND; AND (2) FILE SUPPLEMENTAL DOCUMENTS <u>UNDER SEAL</u> |

    The government hereby moves the Court for an order: (1) granting leave of Court to supplement the record in this case through the submission of the government's October 4, 2006 declaration of Jeffrey R. Finigan and its attachments; and (2) sealing that declaration and its attachments.

    The basis for the request for leave to supplement the record is as follows: as noted in the government's October 3, 2006 submissions, the agent involved in acquiring the paragraph 8 recording, Erwin Rogers, was on a plane the afternoon of October 3, 2006. After contacting

UNITED STATES' MOTION
FOR LEAVE OF COURT TO
SUPPLEMENT RECORD AND
FILE UNDER SEAL                    1

1. Agent Rogers late in the afternoon, the government obtained a document from Agent Rogers
2. pertinent to the issue of the government's acquisition of the paragraph 8 material. In addition,
3. the government has subsequently located correspondence confirming that the government did not
4. possess the paragraph 8 material in October 2004, and in fact wrote the San Francisco Chronicle
5. affirmatively seeking the recording.
6.     The basis for the sealing request is as follows: the October 4, 2006 Finigan declaration
7. relates to the government's ongoing grand jury investigation and the government is thus
8. precluded from publicly filing it pursuant to Fed.R.Crim.P. 6(e). The Finigan declaration and its
9. attachments is submitted concurrently with this application for the Court's evaluation in ruling
10. upon this motion.

12. DATED: October 4, 2006     Respectfully submitted,

14.     KEVIN V. RYAN
    United States Attorney

16.     _____/s/_____
17.     MATTHEW A. PARRELLA
    JEFFREY D. NEDROW
    JEFFREY R. FINIGAN
18.     Assistant United States Attorneys

UNITED STATES' MOTION
FOR LEAVE OF COURT TO
SUPPLEMENT RECORD AND
FILE UNDER SEAL     2

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | Based upon the motion of the government and for good cause shown, IT IS HEREBY |
| 3 | ORDERED that the Government's Motion To Supplement Record Re: Ninth Circuit Remand |
| 4 | and To Seal the October 4, 2006 Declaration of Jeffrey R. Finigan is granted.  This Motion and |
| 5 | Sealing Order shall be sealed until further order of the Court.  This order does not apply to the letter filed as Exhibit 2. |
| 7 | DATED: _October 4, 2006_____ |
| 8 |  WILLIAM ALSUP<br>United States District Court Judge |

UNITED STATES' MOTION
FOR LEAVE OF COURT TO
SUPPLEMENT RECORD AND
FILE UNDER SEAL                      3

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**UNITED STATES' MOTION FOR LEAVE TO: (1) SUPPLEMENT RECORD RE NINTH CIRCUIT REMAND; AND (2) FILE SUPPLEMENTAL DOCUMENTS UNDER SEAL**

**SUPPLEMENTAL DECLARATION OF JEFFREY R. FINIGAN IN RESPONSE TO ORDER RE NINTH CIRCUIT REMAND UNDER SEAL**

**IN RE: GRAND JURY SUBPOENA DATED JULY 19, 2006, CR 06-90292 MISC WHA** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**GERAGOS & GERAGOS**
**MARK J. GERAGOS**
**A Professional Corporation Lawyers**
**350 S. Grand Avenue, 39th Floor**
**Los Angeles, CA 90071-3480**
**Tel: 213-625-3900**
**Fax: 213-625-1600**

\_\_\_\_ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

_X_ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

\_\_\_\_ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

\_\_\_\_ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 4, 2006

/s/
RAWATY YIM
United States Attorney's Office

UNITED STATES' MOTION
FOR LEAVE OF COURT TO
SUPPLEMENT RECORD AND
FILE UNDER SEAL  4