IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA Dated July 19, 2006, Greg Anderson,<br><br>    Subpoenaed Party.<br>_____ / | No. CR 06-90292 MISC WHA<br><br>**ORDER UNSEALING ATTACHED DOCUMENT** |

    The document attached, filed as Exhibit 2 to the government's supplemental submission on October 4, 2006, is not under seal. The remainder of the government's submission shall remain sealed.

**IT IS SO ORDERED.**

Dated: October 4, 2006

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE