IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA Dated July 6, 2006, Greg Anderson,<br><br>　　　　Subpoenaed Party.<br>_____ / | No. CR 06-90292 WHA<br><br>**ORDER RE CONDITIONS OF RELEASE** |

　　　　By memorandum disposition dated November 16, 2006, the Ninth Circuit affirmed this Court's contempt order. Under the conditions of release agreed to by counsel, Mr. Anderson was to turn himself in to authorities no later than 48 hours after any Ninth Circuit ruling affirming this Court's contempt order. This would require plaintiff to comply with that condition no later than Saturday, November 18. This order permits Mr. Anderson to turn himself in to the appropriate authorities no later than **NOON** on **MONDAY, NOVEMBER 20**.

　　　　**IT IS SO ORDERED.**

Dated: November 16, 2006

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE