IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA Dated July 6, 2006, Greg Anderson,<br><br>    Subpoenaed Party.<br>_____ / | No. CR 06-90292 WHA<br><br>**ORDER VACATING HEARING** |

The status hearing currently calendared for November 28, 2006, is hereby **VACATED**. If any party feels the hearing needs to remain on the Court's calendar, please contact the clerk and the hearing will be rescheduled.

**IT IS SO ORDERED.**

Dated: November 22, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE